PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Daniel James Herrick**

**Docket No. 0:01CR00367-003(DWF)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Daniel James Herrick** who was sentenced for Conspiracy to Commit Offenses Against the Government, in violation of 18 U.S.C. § 371, on January 24, 2003, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Psychological counseling

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #3: The defendant shall participate in a program for drug and alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On December 28, 2004, the defendant executed an agreement to participate in the code-a-phone program. Mr. Herrick has failed to report as instructed and he has missed the following testing dates: January 3, January 14, and January 19, 2005.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 90 days in a community corrections center as directed by the probation officer, and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 28th day of January, 2005, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Dennis E. Bresnahan
U.S. Probation Officer

Executed on January 26, 2005
Place St. Paul

SCANNED
JAN 28 2005
U.S. DISTRICT COURT ST. PAUL

c: United States Sentencing Commission