Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Daniel James Herrick

Docket No. 0:01CR00367-003 (DWF)

**HEARING WAIVER**

I, Daniel James Herrick, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 90 days in a community corrections center as directed by the probation officer, and shall observe the rules of that facility.

Signed:

Daniel James Herrick
Supervised Releasee

Witness:

Dennis E. Bresnahan
U.S. Probation Officer

Dated: January 24, 2005

SCANNED
JAN 28 2005
U.S. DISTRICT COURT ST. PAUL