PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Daniel James Herrick**

**Docket No. 0:01CR00367-003(DWF)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Daniel James Herrick** who was sentenced for Conspiracy To Commit Offenses Against the Government, on January 24, 2003, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Alcohol treatment
- Psychological/psychiatric treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: While on supervised release, the defendant shall not commit any crimes, federal, state, or local.

On November 2, 2005, Mr. Herrick was sentenced in Ramsey County District Court in St. Paul, Minnesota, having pled guilty to Transaction Card Fraud. He received a 21-month term of imprisonment which was stayed. Mr. Herrick was placed on probation for 5 years and ordered to serve 180 days in the Ramsey County Workhouse. He was ordered to begin serving this sentence on November 28, 2005.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 16th day of November, 2005 , and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer

Executed on November 14, 2005
Place St. Paul

SCANNED
NOV 17 2005
U.S. DISTRICT COURT ST. PAUL