UNITED STATES DISTRICT COURT
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA )
)
v. ) Case No.: 01-367(DWF/AJB)
)
DANIEL JAMES HERRICK )

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X )Ad Prosequendum ( )Ad Testificandum

Name of Detainee: DANIEL JAMES HERRICK
Detained at (custodian): Ramsey County Workhouse

Detainee is: a.) ( X ) charged in this district by:
( ) Indictment ( )Information ( X ) Complaint
Charging Detainee With: Supervised Release Violation

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( X ) return to the custody of detaining facility upon termination of this proceeding
or b.) ( ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on December 1, 2005 at ~~1:30~~ p.m. in the courtroom of the Honorable Arthur Boylan

Dated: November 18, 2005

DAVID P. STEINKAMP, AUSA

**WRIT OF HABEAS CORPUS**

(X )Ad Prosequendum ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Nov. 21, 2005
Date

United States District/Magistrate Judge

SCANNED
NOV 21 2005
U.S. DISTRICT COURT MPLS

Please provide the following, if known:

A.K.A.(s) (if applicable):
Gender: Male
Booking or Fed. Reg.#:
DOB: 10/29/73
Facility Address: 297 South Century Avenue
St. Paul, MN 55119
Race:
FBI #:
Facility Phone: (651)266-1400
Currently Incarcerated For:

FILED NOV 21 2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

**RETURN OF SERVICE**

Executed on by

Orig & cert copy to USM
(Signature)