**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-367(3) DWF |
| | ) | Date: 12/1/05 |
| DANIEL JAMES HERRICK, | ) | Court Reporter: None |
| | ) | Tape Number: 2005- |
| Defendant. | ) | Time Commenced: 1:30 p.m. |
| | | Time Concluded: 1:31 p.m. |
| | | Time in Court: 1 Minutes |

APPEARANCES:

**Plaintiff:** LeeAnn Bell
Assistant U.S. Attorney

**Defendant:** No appearance
☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

Date Charges Filed: 11/16/05 Offense: Violation of Supervised Release

☐ Charges read into record ☐ Waived Reading of Charges ☐ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

☐ Government moves for detention.
Motion is: ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ ____________________ with conditions, see Order Setting Conditions of Release.**

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

Defendant did not appear for hearing. Bench Warrant to be issued.

s/Kathy Thobe
Signature of Judicial Assistant