UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-367(03)(DWF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | BENCH WARRANT |
| v. | ) | |
| DANIEL JAMES HERRICK, Defendant. | ) | |

A summons was issued on November 17, 2005, by the Honorable Donovan W. Frank, United States District Court Judge. The summons directed defendant to appear before this Court on December 1, 2005, at 1:20 p.m., to answer to alleged violations of his supervised release. Defendant failed to appear as directed. Accordingly, a bench warrant is hereby issued for the arrest of defendant.

Dated: December 5, 2005

s/ Arthur J. Boylan

Arthur J. Boylan
United States Magistrate Judge