AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

2005 NOV 18 A 11:57

UNITED STATES OF AMERICA

**AMENDED**
**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 01-367(3) DWF

Daniel James Herrick

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

---

Place: **Courtroom 8E, Eighth Floor**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Arthur J. Boylan**

On: **December 1, 2005 at 1:30 p.m.**

---

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Mary Kay Furchner, Deputy Clerk

Dated: November 17, 2005

RECEIVED
05 DEC -2 PM

SCANNED
DEC 05 2005
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Tom Gerz Date: 11-23-05

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ______________________

☒ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Kathleen Herrick (mother of defendant)

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 11-23-05
Date

A. Garber
Name of United States Marshal

Tom Gerz
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

2005 NOV 17 P 3:32

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

RECEIVED U.S. MARSHAL

v.

Case Number: CR 01-367(3) DWF

Daniel James Herrick

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E, U.S. Eighth Floor**
**U.S. Courthouse**
**3oo South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Franklin L. Noel**

On: **November 30, 2005 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Mary Kay Furchner

Mary Kay Furchner, Deputy Clerk

Dated: November 17, 2005

SCANNED
DEC 05 2005
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Date:

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ______________________

______________________

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ______________________ ______________________
Date Name of United States Marshal

______________________
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure