**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR-01-367 DWF/AJB |
| | ) | Date: March 7, 2006 |
| Daniel James Herrick (03), | ) | Court Reporter: |
| | ) | Tape Number: 524B |
| Defendant. | ) | Time Commenced: 3:15 p.m. |
| | | Time Concluded: 3:20 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: David Steinkamp, Assistant U.S. Attorney
Defendant: Virginia Villa ☒ FPD ☐ CJA ☐ Retained ☒ To be appointed
Interpreter / Language: /

Date Charges Filed: 12-01-05 Offense: Did not appear for 12-01-05 first appearance on supervised release violation.

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention. **Government to do detention order.**
Motion is ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**

**Next appearance date is March 16, 2006 at 11:00 a.m., Courtroom 9W, Minneapolis before Judge Donovan W. Frank for final revocation hearing.**

☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation

☒ Detention hearing waived ☒ Preliminary revocation hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/ Beverly Riches
Signature of Judicial Assistant