AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
06 MAR -9 PM 3:15
CLERK, U.S. DIST. COURT MINNEAPOLIS, MN

2005 DEC -1 P 3:33

UNITED STATES OF AMERICA

V.

Daniel James Herrick

**WARRANT FOR ARREST**

RECEIVED U.S. MARSHAL ST. PAUL, MINN

CASE NUMBER: **CR 01-367(3) DWF/AJB**

0641 - 1201 - 0216 - D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Daniel James Herrick

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Arthur J. Boylan, United States District Court Magistrate Judge.

December 1, 2005 at St. Paul, MN

(By) Gina Olsen, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 3-6-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
MAR 10 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04