USM

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

2006 MAR 21 P 2:39

UNITED STATES OF AMERICA
v.
**DANIEL JAMES HERRICK**

2006 APR 10 A 10:46
RECEIVED
US MARSHALS SERVICE
MPLS MN

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-367(03)(DWF/AJB)**
USM Number: **10210-041**
Social Security Number: **8215**
Date of Birth: **1973**

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

**Virginia Villa**
Defendant's Attorney

RECEIVED
APR 26 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s) of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | Sentenced to Transaction Card Fraud in State Court. | 11/2/05 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**MARCH 16, 2006**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judge

**MARCH 16, 2006**
Date

A true printed copy in 2 sheet(s) of the electronic record filed on 3/21/06 in the United States District Court for the District of Minnesota.
CERTIFIED, 3/21, 2006
RICHARD D. SLETTEN
BY: [signature] Deputy Clerk

SCANNED
APR 27 2006
U.S. DISTRICT COURT MPLS

DEFENDANT: DANIEL JAMES HERRICK
CASE NUMBER: 01-367(03)(DWF/AJB)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **21 MONTHS. Upon release from custody, the defendant is discharged without a term of Supervised Release to follow**.

[X] The court makes the following recommendations to the Bureau of Prisons:
**1. Defendant be confined at FCI-Sandstone, Minnesota, to be close to his family.**

[X] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

___

___

___

Defendant delivered on 4-4-06 to FCI Sandstone

at Sandstone, MN, with a certified copy of this judgment.

James N. Cross, Warden
~~United States Marshal~~

By [signature] L.I.E.
~~Deputy United States Marshal~~